UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

WANDA WASHINGTON,

                         Plaintiff,

    v.

GILMAN MANAGEMENT CORP., and
ROBERT RAPHAEL,

                        Defendants.

------------------------------------------------------------X

                2:20-cv-05432-LGD

## JURY VERDICT FORM

**Retaliation Claims**

**Question No. 1**: Has Plaintiff Wanda Washington proven by a preponderance of the evidence that Defendant Robert Raphael subjected her to retaliation, in violation of 42 U.S.C. § 1981, when Defendant Robert Raphael terminated her employment?

Yes ___✓___  No _____

*If you answered "YES" to Question No. 1, then proceed to Question No. 2.  If you answered "NO" to Question No. 1, then proceed to Question No. 3.*

**Question No. 2**: Has Plaintiff Wanda Washington proven by a preponderance of the evidence that Defendant Gilman Management Corp. subjected her to retaliation, in violation of 42 U.S.C. § 1981, when Defendant Robert Raphael terminated her employment?

Yes ___✓___  No _____

1

**Question No. 3**: Has Plaintiff Wanda Washington proven by a preponderance of the evidence that Defendant Robert Raphael subjected her to retaliation, in violation of New York State Human Rights Law, NY Executive Law Section 290, when Defendant Robert Raphael terminated her employment?

Yes ✓    No _____

*If you answered "YES" to Question No. 3, then proceed to Question No. 4. If you answered "NO" to Question No. 3, then proceed to the instructions below in bold.*

**Question No. 4**: Has Plaintiff Wanda Washington proven by a preponderance of the evidence that Defendant Gilman Management Corp. subjected her to retaliation, in violation of New York State Human Rights Law, NY Executive Law Section 290, when Defendant Robert Raphael terminated her employment?

Yes ✓    No _____

*IF YOU ANSWERED "YES" TO QUESTIONS NO. 1, 2, 3, <u>AND/OR</u> 4, THEN PROCEED TO PAGE 3. IF YOU HAVE ANSWERED "NO" IN RESPONSE TO QUESTIONS NO. 1, 2, 3 <u>AND</u> 4, THEN YOU HAVE REACHED YOUR VERDICT AND SHOULD PROCEED TO THE FINAL PAGE (PAGE 4) AND ANSWER NO ADDITIONAL QUESTIONS.*

2

## DAMAGES

**Question No. 5**: What amount of **compensatory** damages, if any, for pain, suffering, or emotional distress do you wish to award Plaintiff Wanda Washington as to each Defendant? If you decide not to make an award for any of these items, please write "none" for each space.

Gilman Management Corp.:   $ *none*

Robert Raphael:   $ *12,000*

**Question No. 6**: What amount of **compensatory** damages, if any, for lost wages, earnings, and benefits do you wish to award Plaintiff Wanda Washington as to each Defendant? If you decide not to make an award for any of these items, please write "none" for each space.

Gilman Management Corp.:   $ *50,000*

Robert Raphael:   $ *10,000*

**Question No. 7**: Should Wanda Washington be awarded **nominal** damages in the sum of $1.00 on her claims against the following Defendants? If you decide not to make an award for any of these items, please write "none" for each space.

Gilman Management Corp.:   $ *None*

Robert Raphael:   $ *None*

**Question No. 8**: What amount of **punitive** damages, if any, do you wish to award Plaintiff Wanda Washington as to each Defendant? If you decide not to make an award for any of these items, please write "none" for each space.

Gilman Management Corp.:   $ *60,000*

Robert Raphael:   $ *60,000*

3

**FOREPERSON SIGNATURE**

YOU HAVE FINISHED YOUR DELIBERATIONS. YOUR FOREPERSON IS TO SIGN
AND DATE THIS VERDICT FORM AND ADVISE THE COURTROOM DEPUTY
THAT A VERDICT HAS BEEN REACHED.

Foreperson _____ , Dated ___2/7/2025___

4