UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
WANDA WASHINGTON,

                Plaintiff,

  -against-

GILMAN MANAGEMENT CORP., and ROBERT RAPHAEL,

                Defendants.
-----------------------------------------------------------------X

No.: 20-cv-05432 (JS)(LGD)

**STIPULATION OF DISCONTINUANCE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for the respective parties herein that the above-entitled action, having been settled, be and the same hereby is discontinued, with prejudice and without costs as to either party as against the other, and that this stipulation may be filed with the Clerk of the Court without further notice.

Dated: New York, New York
~~March~~ 1, 2025
April

_____
Samuel O. Maduegbuna, Esq.
**MADUEGBUNA COOPER LLP**
Attorneys for Plaintiff
WANDA WASHINGTON
30 Wall Street, 8th Floor
New York, New York 10005
(212) 232-0155

_____
Aviva Stein, Esq.
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
Attorneys for Defendants GILMAN MANAGEMENT CORP. and ROBERT RAPHAEL
1133 Westchester Avenue
White Plains, New York 10604
(914) 323-7000